**FILED**

JAN 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mr. Darnell Stanley- Pro-Se          :
No. 08619-007
F.C.I. Allenwood
P.O. Box 2000                        :
White Deer, Pa   17887
         Plaintiff,

                    :          CIVIL COMPLAINT
                           Case No. _____ **06 0038**

      -v-                    :

DISTRICT OF COLUMBIA DEPARTMENT
OF CORRECTIONS. et,al               :          Jury Demanded

      and

THE VIRGINIA DEPARTMENT OF CORRECTIONS, et,al.

      and


UNITED STATES OF AMERICA, et.al

     and

ANTHONY WILLIAMS, (MAYOR) FOR THE
DISTRICT OF COLUMBIA. et,al.

      and

ALBERTO GONZALEZ, UNITED STATES ATTORNEY
GENERAL. etal

      and

JAMES S. GILMORE III. et,al
GOVERNOR OF VIRGINIA

(1) ___/ CONTINUED ON NEXT PAGE ...... 2

RONALD ANGELONE, DIRECTOR OF THE
VIRGINIA DEPARTMENT OF CORRECTIONS, et,al.

     and

M.C.I. WORLD COMM, INC

     and

BERNARD L. EBBERS
SCOTT D. SULLIVAN'
DAVID MYERS

     AND

VIRGINIA DEPARTMENT OF CORRECTIONS,et,al.

     and

ODIE WASHINGTON, DIRECTOR FOR
THE DISTRICT OF COLUMBIA DEPARTMENT
OF CORRECTIONS. et,al.

     and

Kathy Patterson, CHAIRMAIN OF THE
DISTRICT OF COLUMBIA COMMITTE OF
JUDICIARY AFFAIRS, et,al.

     and

## MOTION FOR THE APPOINTMENT
## OF COUNSEL

Comes now, Plaintiff Darnell Stanley, Pro - se respectfully
request Pursuant to 28 U.S.C. § 1915. Plaintiff respectfully
request this Honorable court in the Interest of Justice to appoint
counsel to represent the Plaintiff in this instant civil action for
the following reasons states below:

1. The Plaintiff is unable to afford counsel because of his Indengency.

2. The issues involved in this civil complaint are very complex
and involves serious medical issues and will require expert witness.

( 2 ) __/ CONTINUED ON NEXT PAGE .......

3.  The Plaintiff has limited access to the Law Library and is subjected to be denied access for any number of reasons beyond the Plaintiff's control and also because of the fog situation in this region which is a problem on a regular basis and changes the whole operation of this institution during the winter and summer months.

4.  The Plaintiff has very limited knowledge of the Law.

Name ~~Mr. Darnell Stanley~~
     Darnell Stanley - Pro-se

Address  F.C.I. Allenwood
         P.O. Box 2000
         White Deer, Pa  17887
Date  12/1/05

( 3))