FILED
JAN 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Darnell Stanley,            )
                            )
        Plaintiff,          )
                            )
    v.                      )   Civil Action No.  06 0038
                            )
United States of America, *et al.*,  )
                            )
        Defendants.         )

## TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a District of Columbia prisoner incarcerated at the Federal Correctional Institution Allenwood in White Deer, Pennsylvania.. He sues high-level officials in the District of Columbia and more than 40 individuals mostly in Virginia for alleged violations of his constitutional rights while confined at the Sussex II State Prison in Waverly, Virginia. Plaintiff claims, among other wrongs, that defendants discriminated against based on his religion, denied him access to the courts, interfered with prescribed medical treatment, and subjected him to excessive use of force. None of the alleged events giving rise to the claims occurred in the District of Columbia. Moreover, the individuals directly implicated in the alleged wrongdoing are Sussex II employees. This venue is not properly situated to hear plaintiff's claims. *See* 28 U.S.C. § 1391(b) (designating the proper venue under the circumstances presented as the location where a substantial part of the events occurred). The Court finds it in the interests of justice and judicial economy to transfer the case to the judicial district where it could have been properly brought. Accordingly, it is this 23rd day of December 2005,

ORDERED that pursuant to 28 U.S.C. § 1406(a), this case is hereby TRANSFERRED to the United States District Court for the Eastern District of Virginia. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

United States District Judge