# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5046**               **September Term, 2005**

06cv00038

**Filed On:**

In re: Darnell Stanley,
      Petitioner



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    JUN 1 9 2006

CLERK

**BEFORE:**   Ginsburg, Chief Judge, and Rogers and Garland, Circuit Judges

### O R D E R

Upon consideration of the petition for writ of mandamus and the memorandum of law and fact in support thereof, and the motion for leave to proceed in forma pauperis, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the petition for writ of mandamus be denied. The district court did not abuse its discretion in transferring this case to the Eastern District of Virginia, pursuant to 28 U.S.C. § 1406(a). See In re: Tripati, 836 F.2d 1406, 1407 (D.C. Cir. 1988) (per curiam). Venue is proper in that judicial district, where a substantial part of the events or omissions giving rise to the claims occurred. See 28 U.S.C. §§ 1391, 1402.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

Per Curiam

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk